UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JILL A. FERREIRA,

    Plaintiff,

v.                                                       Case No: 8:18-cv-524-T-30SPF

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sean P. Flynn (Dkt. 36). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 36) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Summary Judgment (Dkt. 26) is DENIED.

3. Defendant's Motion for Summary Judgment (Dkt. 28) is GRANTED.

4. The Clerk of Court is directed to enter Final Judgment in favor of Defendant and against Plaintiff.

5. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of February, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record